## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In re:

                                   Case No. 6:17-bk-02730-CCJ

Aida L. Ocampo                          Chapter 7

Debtor(s)                                         /

## MOTION FOR CONTEMPT

Chapter 7 Trustee, Arvind Mahendru ("Trustee"), by and through his undersigned counsel files his *Motion for Contempt* and states:

1.      The Trustee seeks to administer non-exempt real property of the estate located at 204 Front Avenue, Brentwood, NY 11717 (the "Property"). Pursuant to the sworn testimony of the Debtor, and corroborated by the Trustee, the Debtor's son, Miguel Ocampo, ("Mr. Ocampo") currently resides in the Property.  Mr. Ocampo has been obstructing the Trustee's attempts to market and sell the Property for the benefit of the estate. The Trustee asserts that the Mr. Ocampo's conduct is an affirmative and express violation of the automatic stay and seeks a court order enjoining such conduct.

2.      11 U.S.C. § 362(a)(3) provides that "any act to obtain possession of property of the estate … or to exercise control over property of the estate" constitutes a violation of the § 362 Automatic Stay.  The Trustee asserts that by residing in the Property, Mr. Ocampo is exercising his dominion and control of property of the estate, and doing so to a pecuniary detriment to the estate.

3.      Mr. Ocampo is in violation of the automatic stay, his conduct is adversely affecting the Trustee's ability to liquidate property of the estate, and Mr. Ocampo should be enjoined from residing in the Property.

4.    The Trustee and his agent have made several attempts to gain the cooperation of Mr. Ocampo, however as of date, Mr. Ocampo has not been cooperative, and the Trustee believes a court order is necessary to end his ongoing violation of the stay.  To that end, the Trustee requests that the court reserve jurisdiction in this matter in the event that the Mr. Ocampo is enjoined from residing at the Property, fails to cooperate, or otherwise is found to be in contempt of this court.

WHEREFORE, the Trustee requests a determination by the court that Mr. Ocampo is violating the automatic stay under § 362(a)(3); directing Mr. Ocampo to allow the inspection of the Property immediately, to vacate the Property within 72 hours of the entry of the order granting the instant motion; to reserve jurisdiction to consider any allegation that the Mr. Ocampo is in contempt of the Court; and for such further relief as the Court may deem appropriate.

October 10, 2017

/s/ Richard M. Dauval
Richard M. Dauval, Attorney for the Trustee
3900 1st Street North
Saint Petersburg, FL 33703
rdauval@leavenlaw.com
727-327-3328

**CERTIFICATE OF SERVICE**

I CERTIFY that on October 10, 2017, a true and correct copy of the foregoing has been provided electronically or by U. S. mail to:

U.S. Trustee, USTPRegion21.TP.ecu@usdoj.gov
Aida L. Ocampo, 5428 E Michigan St, Orlando, FL 32812 (certified mail)
Mr. Miguel Ocampo, 204 Front Avenue, Brentwood, NY 11717 (certified mail)
Arvind Mahendru, amtrustee@gmail.com

/s/ Richard M. Dauval
Richard M. Dauval, Trustee

2